UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TODD ROBERT BRIGGS,<br><br>        Petitioner,<br><br>   v.<br><br>TIM WENGLER,<br><br>        Respondent. | Case No. 1:10-cv-00445-LMB<br><br>**JUDGMENT** |

In accordance with the Order filed on this date, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is dismissed. Additionally, this case is hereby ordered closed.

DATED: **February 1, 2012**.

/s/ Larry M. Boyle
Honorable Larry M. Boyle
United States Magistrate Judge